In the Matter of the Claim of JAMES DOLAN against THE CITY OF NEW YORK, Respondent.

STATE INDUSTRIAL BOARD, Appellant.

Argued October 6, 1942; decided October 29, 1942.

*John J. Bennett, Jr., Attorney-General (John F. Loehr* and *Henry Epstein* of counsel), for State Industrial Board, appellant.

*William C. Chanler, Corporation Counsel (Paxton Blair* and *Samuel A. Bloom* of counsel), for City of New York, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.